**Order entered March 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01498-CR

### JEREMY DEMOND WARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75030-M**

## ORDER

Before the Court is court reporter Belinda Baraka's March 23, 2019 second request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **April 23, 2019**. We caution Ms. Baraka that further extensions are disfavored.

/s/      BILL PEDERSEN, III
JUSTICE